B18WHJ (Form 18WHJ)(08/07)

# United States Bankruptcy Court

### Northern District of Illinois
**Case No. 11–81436**
**Chapter 13**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rocco Laudadio Jr.              Janice Lou Laudadio
6215 Running Iron Dr           6215 Running Iron Dr
Crystal Lake, IL 60012         Crystal Lake, IL 60012

Social Security / Individual Taxpayer ID No.:
xxx–xx–2867                               xxx–xx–4903

Employer Tax ID / Other nos.:


## DISCHARGE OF JOINT DEBTORS BEFORE COMPLETION
## OF CHAPTER 13 PLAN


It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 1328(b) of title 11, United States Code, (the Bankruptcy Code).

If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtors' plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.


FOR THE COURT


Dated: <u>September 20, 2013</u>              <u>Kenneth S. Gardner, Clerk</u>
                                              United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18WHJ (08/07)*

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE BEFORE COMPLETION OF PLAN PAYMENTS

This court order grants a discharge to the person named as the debtor. After notice and a hearing, the court has determined that the debtor is entitled to a discharge pursuant to section 1328(b) of the Bankruptcy Code without completing all of the payments under the chapter 13 plan. Because this discharge is granted pursuant to the hardship provisions of section 1328(b), it is referred to as a chapter 13 "hardship discharge." This order is not the dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 "hardship discharge" order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> eliminated by chapter 13 "hardship discharge" are:

a. Domestic support obligations;

b. Debts for most taxes; and, in a case filed on or after October 17, 2005, debts incurred to pay nondischargeable taxes;

c. Debts for most student loans;

d. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

e. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

f. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

g. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

h. Some debts which were not properly listed by the debtor;

i. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

j. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and,

k. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-81436-TML
Rocco Laudadio                                                            Chapter 13
Janice Lou Laudadio
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: jclarke          Page 1 of 3          Date Rcvd: Sep 20, 2013
                             Form ID: b18whj         Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2013.
```
db/jdb      +Rocco Laudadio, Jr.,   Janice Lou Laudadio,   6215 Running Iron Dr,   Crystal Lake, IL 60012-1219
17252875    +AMCORE Bank, N.A. n/k/a HARRIS N.A.,   c/o Matthew M. Hevrin,   Hinshaw & Culbertson LLP,
             100 Park Avenue,   Rockford, IL 61101-1099
17060756    +AT&T,   Bankruptcy Dept.,   1585 Waukegan Road,   Waukegan, IL 60085-6727
17258612    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: FIA Card Services, NA as successor in interest to,
             Bank of America NA and MBNA America Bank,   PO Box 15102,   Wilmington, DE 19886-5102)
17060731    +Bayview Financial LOAN,   Attn: Bankruptcy Dept.,   4425 Ponce De Leon Blvd,
             Coral Gables, FL 33146-1873
17060758    +Bergners,   Attn: Bankruptcy Dept.,   PO Box 17633,   Baltimore, MD 21297-1633
17060741    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
             Richmond, VA 23285)
17060750    +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
17060740    +CHASE,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
17060746    +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
17360037     Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
             Charlotte, NC  28272-1083
17060761    +Centegra Health System,   Attn: Bankruptcy Department,   3701 Doty Rd.,
             Woodstock, IL 60098-7509
17269263     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17111020    +Department Stores National Bank/Macy's,   Bankruptcy Processing,   PO Box 8053,
             Mason, OH 45040-8053
17060759    +Dress Barn,   Attn: Bankruptcy Department,   4653 E. Main St.,   Columbus, OH 43213-3298
17060734    +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
17060735    +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
17060739    +FIA CSNA,   Attn: Bankruptcy Dept.,   Po Box 17054,   Wilmington, DE 19850-7054
17133391    +FIA Card Services, NA as successor in interest to,   Bank of America NA and MBNA America Bank,
             1000 Samoset Drive,   DE5-023-03-03,   Newark, DE 19713-6000
17060742    +Fifth Third BANK,   Attn: Bankruptcy Dept.,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
17177672    +Fifth Third Bank,   PO BOX 829009,   Dallas, TX 75382-9009
17060738    +HSBC/Brgnr,   Attn: Bankruptcy Dept.,   Po Box 15521,   Wilmington, DE 19850-5521
17060757    #+Harris Bank,   Bankruptcy Dept.,   3800 Golf Rd. Suite 300,   Rolling Meadows, IL 60008-4037
17060760    +McHenry Radiologists,   Attn: Bankruptcy Dept.,   PO Box 220,   Mc Henry, IL 60051-0220
17060748    +Mcydsnb,   Attn: Bankruptcy Dept.,   9111 Duke Blvd,   Mason, OH 45040-8999
17060733    +Mortgage Service Cente,   Attn: Bankruptcy Dept.,   4001 Leadenhall Rd,
             Mount Laurel, NJ 08054-4611
17275231    +PHH Mortgage Corporation,   c/o Codilis & Associates, P.C.,
             15W030 North Frontage Road, Suite 100,   Burr Ridge, IL 60527-6921
17570757    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,   c/o Sears Gold Mastercard,
             PO Box 41067,   Norfolk VA 23541)
18955612    +Portfolio Recovery Assocs., LLC,   POB 41067,   NORFOLK, VA 23541-1067
17060754    +Sears/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189
17060737    +Shell/CITI,   Attn: Bankruptcy Dept.,   Po Box 6497,   Sioux Falls, SD 57117-6497
17060736    +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
17060745    +UNVL/CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
17225131    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,   Bankruptcy Department,   P.O. Box 5229,
             Cincinnati, OH 45201)
17060732    ++WACHOVIA DEALER SERVICES INC,   BK DEPARTMENT,   PO BOX 19657,   IRVINE CA 92623-9657
             (address filed with court: WFDS/WDS,   Attn: Bankruptcy Dept.,   Po Box 1697,
             Winterville, NC 28590)
17060747    +Wfnnb/DRESS BARN,   Attn: Bankruptcy Dept.,   Po Box 182273,   Columbus, OH 43218-2273
17419878     eCAST Settlement Corporation, assignee,   of Citibank (South Dakota), N.A.,   POB 29262,
             New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17060731    +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 21 2013 00:27:47
             Bayview Financial LOAN,   Attn: Bankruptcy Dept.,   4425 Ponce De Leon Blvd,
             Coral Gables, FL 33146-1873
17625863     E-mail/Text: resurgentbknotifications@resurgent.com Sep 21 2013 00:24:29      CR Evergreen II, LLC,
             MS 550,   PO Box 91121,   Seattle, WA 98111-9221
17072660     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 21 2013 00:40:31      Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
17060744    +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 21 2013 00:40:31      Discover FIN SVCS LLC,
             Attn: Bankruptcy Dept.,   Po Box 15316,   Wilmington, DE 19850-5316
18268695    +E-mail/Text: resurgentbknotifications@resurgent.com Sep 21 2013 00:24:29
             East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
             Greenville, SC 29602-0288
17060749    +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 21 2013 00:24:50      Kohls/Chase,
             Attn: Bankruptcy Dept.,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
```

District/off: 0752-3          User: jclarke          Page 2 of 3          Date Rcvd: Sep 20, 2013
                             Form ID: b18whj         Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17334035      +E-mail/Text: bncmail@w-legal.com Sep 21 2013 00:27:07     OAK HARBOR CAPITAL II LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
17634437      +E-mail/Text: bncmail@w-legal.com Sep 21 2013 00:27:07     Oak Harbor Capital II, L.L.C.,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave. Ste. 400,    Seattle, WA 98121-3132
17319546       E-mail/Text: bnc-quantum@quantum3group.com Sep 21 2013 00:26:43
               World Financial Network National Bank,    Quantum3 Group LLC,    PO Box 788,
               Kirkland, WA 98083-0788
                                                                                      TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17060752*     +BANK OF America,   Attn: Bankruptcy Dept.,    Po Box 1598,    Norfolk, VA 23501-1598
17060751*     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond, VA 23285)
17635240*      CR Evergreen II, LLC,    MS 550,   PO Box 91121,    Seattle, WA 98111-9221
17060755*     +Fifth Third BANK,   Attn: Bankruptcy Dept.,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
17634450*     +Oak Harbor Capital II, L.L.C.,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
17520985*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     c/o Shell,    POB 41067,
               Norfolk VA 23541)
20823749*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,
               successor to CITIBANK SOUTH DAKOTA, N.A.,    POB 41067,    Norfolk, VA 23541)
17682886*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC.,     P.O. Box 41067,
               Norfolk, VA 23541)
17060753*     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US BANK/NA ND,    Attn: Bankruptcy Dept.,    4325 17Th Ave S,
               Fargo, ND 58125)
17419879*      eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
               New York, NY 10087-9262
17060743      ##+BANK OF America,   Attn: Bankruptcy Dept.,    Po Box 1598,    Norfolk, VA 23501-1598
17060762      ##+Palatine Heart Center,    Attn: Bankruptcy Dept.,    523 Old Northwest Hwy,    STE 101,
               Barrington, IL 60010-6820
                                                                          TOTALS: 0, * 10, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2013                                     Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2013 at the address(es) listed below:
              Fiona M. Whelan   on behalf of Trustee Lydia  Meyer fwhelan00@hotmail.com
              Gloria C Tsotsos    on behalf of Creditor   PHH Mortgage Corporation nd-two@il.cslegal.com
              Jack M Shapiro   on behalf of Debtor Rocco  Laudadio, Jr. ndil@geracilaw.com
              Jack M Shapiro   on behalf of Joint Debtor Janice Lou Laudadio ndil@geracilaw.com
              Jason K Nielson   on behalf of Joint Debtor Janice Lou Laudadio ndil@geracilaw.com
              Jason K Nielson   on behalf of Debtor Rocco  Laudadio, Jr. ndil@geracilaw.com
              Jason K Nielson   on behalf of Plaintiff Rocco  Laudadio, Jr. ndil@geracilaw.com
              Jason K Nielson   on behalf of Plaintiff Janice Lou Laudadio ndil@geracilaw.com

District/off: 0752-3          User: jclarke          Page 3 of 3          Date Rcvd: Sep 20, 2013
                             Form ID: b18whj          Total Noticed: 45

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Kristin K Beilke    on behalf of Joint Debtor Janice Lou Laudadio ndil@geracilaw.com
          Kristin K Beilke    on behalf of Debtor Rocco  Laudadio, Jr. ndil@geracilaw.com
          Lydia  Meyer    ecf@lsml3trustee.com
          Matthew M. Hevrin    on behalf of Creditor    AMCORE BANK, N.A., a national banking association
           n/k/a HARRIS, N.A. mhevrin@hinshawlaw.com,  jfornal@hinshawlaw.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Peter C Bastianen    on behalf of Creditor    PHH Mortgage Corporation ND-Four@il.cslegal.com
                                                                               TOTAL: 14